**SO ORDERED.**

**Dated: November 17, 2009**



_____
**CHARLES G. CASE, II
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | |
| ) | CHAPTER 7 |
| Janet E. Brewster ) | |
| aka ) | 2-04-bk-10028-CGC |
| Janet E. Matyas ) | ORDER FOR PAYMENT |
| ) | OF UNCLAIMED FUNDS |
| Debtor (s) ) | |

There having been a dividend check in the above-named case issued to CBIC Arizona, in the amount of $1,039.10 and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court.

Application having been made to the Clerk, U. S. Bankruptcy Court to pay this unclaimed money to CBIC Arizona and service having been made on the Office of the United States Attorney;

IT IS ORDERED that the application is granted and the Clerk, U. S. Bankruptcy Court is ordered to pay CBIC Arizona, unclaimed money in the amount of $1,039.10 which was held pursuant to 11 U.S. C. 347 (a) of the Bankruptcy Code.