**SO ORDERED.**

Dated: November 25, 2009



_Charles Case_
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | |
| ) | CHAPTER 7 |
| JANET E. BREWSTER ) | |
| ) | 2-04-bk-10028-CGC |
| ) | |
| ) | **ORDER DENYING APPLICATION** |
| ) | **FOR PAYMENT OF** |
| Debtor . ) | **UNCLAIMED FUNDS** |

The Locator Services Group Ltd., as Attorney for Qwest Communications, have filed an application to have unclaimed funds held in the Court's registry in the total amount of $3,509.40 paid to Qwest Communications. By order of October 26, 2009, the trustee paid $3,509.40 to the court's registry as unclaimed funds which were due Claimant, Qwest Communications. Pursuant to 28U.S.C§ 2042, the funds are held in the court's registry until the rightful owner originally entitled to the unclaimed funds applies to the court for payment due them.

Since the trustee filed the proof of claim on behalf of Qwest Communications from the debtor's Schedule F, there is no record that a claim was directly filed by Qwest Communications. The Locators Services Group Ltd., has provided no document or proof to establish that Qwest Communications is owed any debt from the debtor.

**IT IS HEREBY ORDERED** denying the application filed by The Locators Services Group Ltd., on behalf of Qwest Communications without prejudice. If such documentary evidence is filed within 30 days of the date of this order, the Court will, at that time, consider the application for payment of unclaimed funds.